**Electronically Filed
Supreme Court
SCWC-30682
14-NOV-2011
03:37 PM**

NO. SCWC-30682

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

STEVE C. CABAGBAG, JR., Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30682; CR. NO. 10-1-0240)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama,
Acoba, Duffy, McKenna, JJ.)

The Application for Writ of Certiorari filed on October 11, 2011 by Petitioner/Defendant-Appellant, Steve C. Cabagbag, Jr. is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, November 14, 2011.

Public Defender John M. Tonaki and James S. Tabe for petitioner/ defendant-appellant, on the application.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

